# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DEMARICO HAY                                                                                    PLAINTIFF
#10748-11

v.                                          4:11-CV-00437-JMM-JJV

PULASKI COUNTY; DOC HOLLADAY,
Sheriff, Pulaski County; RANDY MORGAN,
Chief of Detention, Pulaski County Detention
Facility; and SHAWN SMITH, Major, Pulaski
County Detention Facility                                                                    DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>  Clerk, United States District Court
>  Eastern District of Arkansas
>  600 West Capitol Avenue, Suite A149
>  Little Rock, AR 72201-3325

**DISPOSITION**

**I.    BACKGROUND**

While a pretrial detainee in the Pulaski County Detention Facility, Plaintiff filed a *pro se* Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983, and an Application to Proceed Without Prepayment of Fees and Affidavit (Application)(Doc. No. 1). On June 16, 2011, the Court denied Plaintiff's incomplete Application for *in forma pauperis* status and ordered him to submit within thirty days either the $350 filing fee or a proper and complete Application. (Doc. No. 4.) Plaintiff was warned that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice. (*Id.*) The Clerk of the Court mailed the Order to Plaintiff at the Pulaski County Detention Facility (Doc. No. 5); however, on June 30, 2011, it was returned as undeliverable. (Doc. No. 6.)

On July 21, 2011, Plaintiff notified the Clerk of the Court, pursuant to Local Rule 5.5(c)(2), that he had a change of address. (*See* Doc. No. 7.) As a courtesy, the Clerk re-mailed the June 16 Order to the new address. (*See id.*) The thirty day period has long since past and Plaintiff failed to respond to the June 16 Order. The Court finds that Plaintiff's Complaint (Doc. No. 2) should be

DISMISSED without prejudice.

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations, and an accompanying Judgment would not be taken in good faith.

DATED this 18th day of November, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE