# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DEMARICO HAY #10748-11 | PLAINTIFF |
| v.   4:11-CV-00437-JMM-JJV | |
| PULASKI COUNTY; DOC HOLLADAY, Sheriff, Pulaski County; RANDY MORGAN, Chief of Detention, Pulaski County Detention Facility; and SHAWN SMITH, Major, Pulaski County Detention Facility | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 7th day of December, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE