**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DEMARICO HAY
#10748-11                                                                              PLAINTIFF


v.                                     4:11-CV-00437-JMM-JJV


PULASKI COUNTY; DOC HOLLADAY,
Sheriff, Pulaski County; RANDY MORGAN,
Chief of Detention, Pulaski County Detention
Facility; and SHAWN SMITH, Major, Pulaski
County Detention Facility                                                              DEFENDANTS

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.  The Court certifies pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order would not be taken in good faith.

DATED this <u>7th</u> day of December, 2011.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE