**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DEMARICO HAY
#10748-11                                                                                                    PLAINTIFF

v.                                          4:11-CV-00437-JMM-JJV

PULASKI COUNTY; DOC HOLLADAY,
Sheriff, Pulaski County; RANDY MORGAN,
Chief of Detention, Pulaski County Detention
Facility; and SHAWN SMITH, Major, Pulaski
County Detention Facility                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 7th day of December, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE